**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| THE ESTATE OF ROBERT ETHAN SAYLOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REGAL CINEMAS, INC., *et al.*, <br><br> Defendants. | Case No. 1:13-cv-03089-WMN |

**EXHIBITS TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

| Ex. No. | Exhibit |
|---|---|
| 1 | Death Certificate (OCME 1) |
| 2 | Autopsy Report (AUTOPSY 1-11) |
| 3 | Excerpts from deposition of Patricia Saylor |
| 4 | Excerpts from deposition of Richard Rochford |
| 5 | Excerpts from deposition of Scott Jewell |
| 6 | Excerpts from deposition of James Harris |
| 7 | Excerpts from deposition of Kevin Rhodes |
| 8 | Excerpts from deposition of Brent Borcherding |
| 9 | Excerpts from deposition of Mary Crosby |
| 10 | Excerpts from deposition of Celia Feinstein |
| 11 | Google earth printout (FCSO Ex. 15 to Crosby Deposition) |
| 12 | Excerpt from Case Summary Report, Initial Interview with Christopher Matthew Perry (STATE 88) |

| | |
|---|---|
| 13 | Excerpts from Case Summary Report, Initial Interview with Mary Crosby, Second Interview with Mary Crosby, and Supplement Notes/Interview with Mary Crosby (STATE 62-63, 71-72, 86-87) |
| 14 | Excerpts from Case Summary Report, Notes/Narratives, and Interviews with Chad Quaglietta, Erik Quaglietta, Zachary Byrd, Ryan Haag, David Masser, Luciano Benenati, Cassie Selby, Albert Marrone, Jr., Kevin Brosius, Sten Olsson, David Houston, Benjamin Olsson, Medic Buchanan, Lt. Shelton, Fire Fighter Nash (STATE 01, 36, 44-45, 47, 50-52, 57-58, 64, 67, 69-70, 73-80, 90-92) |
| 15 | Excerpts from deposition of David Masser |
| 16 | Excerpts from deposition of Charlotte Masser |
| 17 | Excerpts from deposition of George Lane |
| 18 | Excerpts from deposition of Jeffrey Buchanan |
| 19 | EMT Records (Ex. B to Buchanan deposition) |
| 20 | Excerpts from deposition of Ronald Saylor |
| 21 | Excerpts from deposition of Emma Saylor |
| 22 | Excerpts from deposition of Mary G. Ripple, M.D. |
| 23 | Excerpts from deposition of Christopher Perry |
| 24 | Frederick Memorial Hospital Records (FREDERICK MEMORIAL HOSPITAL 1, 16, 21) |
| 25 | CV of Celia Feinstein |
| 26 | Regal Cinema policy on "Removing Guests" (Ex. 10 to Rhodes Depo., REGAL 49-50) |
| 27 | Screen shots from Regal Security Video footage |
| 28 | 1/28/13 Handwritten Statement of Kevin Rhodes (STATE 378-382) |
| 29 | Patti Saylor phone records (KARP – Patti Saylor 1, 16) |
| 30 | Excerpts from deposition of Albert L. Liebno, Jr. |
| 31 | General Order 41.4 (Ex. 15 to Rochford Deposition) |

| | |
|---|---|
| 32 | Excerpts from deposition of Charles A. Jenkins |
| 33 | Expert Report of Andrew Scott |
| 34 | Training Logs of Rochford, Jewell, and Harris |
| 35 | Excerpts from deposition of Teresa Rosier |
| 36 | Payroll Records (Ex. 72 to Rosier Dep.) |
| 37 | Tax forms (Ex. 71 of Rosier Dep.) |
| 38 | Waiver (Ex. 73 to Rosier Dep.) |
| 39 | General Order 1.2 (Ex. 16 to Rochford Deposition) |
| 40 | Affidavit of Kenneth Katsatis |
| 41 | 1/13/13 Handwritten note of Kevin Rhodes (Ex. 4 to Rhodes Deposition) |