| | | |
|---|---|---|
| **BRIAN E. FROSH**<br>*Attorney General*<br><br>**ELIZABETH F. HARRIS**<br>*Chief Deputy Attorney General*<br><br>**CAROLYN QUATTROCKI**<br>*Deputy Attorney General* | <br><br>**STATE OF MARYLAND**<br>**OFFICE OF THE ATTORNEY GENERAL** | **JASON L. LEVINE**<br>*Assistant Attorney General*<br>*Maryland State Treasurer's Office*<br>*80 Calvert Street, 4th Floor*<br>*Annapolis, MD 21401*<br><br>WRITER'S DIRECT DIAL NO.:<br>410-260-7412<br>WRITER'S EMAIL:<br>JLEVINE@TREASURER.STATE.MD.US |

February 13, 2017

<u>**VIA CM/ECF**</u>

The Honorable William M. Nickerson
United States District Judge
Garmatz Federal Courthouse
101 W. Lombard St.
Baltimore, MD 21201

        Re:    *Estate of Ethan Saylor v. Regal Cinemas, et al.*
                 Civil No.: <u>**WMN-13-0389**</u>

Dear Judge Nickerson:

    This matter is set for trial beginning on June 5, 2017. Currently pending before the U.S. Court of Appeals for the Fourth Circuit is the deputies' interlocutory appeal on the denial of qualified immunity. The Fourth Circuit has now issued an order tentatively setting oral argument for May 9-11, 2017. As such, it is clear to the parties that the appeal will not be resolved before this trial begins. The parties have conferred and wish to have a telephonic scheduling conference with the Court to discuss postponing the trial.

    Thank you for your attention to this matter.

                           Very truly yours,

                           /s/

                         Jason L. Levine
                         Assistant Attorney General